1 McGREGOR W. SCOTT
United States Attorney
2 ADRIAN T. KINSELLA
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700

5 Attorneys for Plaintiff
United States of America

**FILED**
Sep 11, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of:<br><br>10984 Hirschfeld Way, Rancho Cordova, California, 95670 | REQUEST TO UN-SEAL SEARCH WARRANT; [PROPOSED] ORDER<br><br>2:20-SW-00606 CKD |
|---|---|

### **REQUEST TO UNSEAL**

The search warrant in the above-captioned matter has been executed, and there is no need for the search warrant or its application to remain under seal. Additionally, a copy of the underlying application was inadvertently left at the scene of the search. Accordingly, the United States requests that the above-captioned matter be unsealed.

Dated: September 11, 2020

McGREGOR W. SCOTT
United States Attorney

By: /s/Adrian T. Kinsella
ADRIAN T. KINSELLA
Assistant United States Attorney

MOTION TO UN-SEAL; [PROPOSED] ORDER

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be unsealed.

Dated: 9/11/2020

The Honorable Carolyn K. Delaney,
UNITED STATES MAGISTRATE JUDGE